## City Court.

*Special Term — June*, 1885.

### LISSBERGER ET AL. *v.* SCHOENBERG METAL CO.

The court may grant an allowance not only on the amount of the
plaintiff's claim, but of any counter-claim extinguished by the
verdict.

McADAM, Ch. J.—The cases reported in 62 *How. Pr.*
180, and 66 *How. Pr.* 342, sustain the claim of the
plaintiffs that they are entitled to the allowance not only
on the plaintiff's recovery, but on the counter-claim which
was extinguished. Those cases certainly place a very
liberal construction on the rule in regard to allowances
to counsel, but as I must accept them as a correct inter-
pretation of the law, it follows that the plaintiffs are
entitled to have their allowance taxed in conformity to
these decisions. The clerk will be ordered to retax
accordingly.